

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2025
MARCH 31, 2026 SESSION

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. *2:26-cr-00038*
                            21 U.S.C. § 841(a)(1)
                            18 U.S.C. § 922(g)(1)
                            18 U.S.C. § 924(a)(8)
                            18 U.S.C. § 924(c)(1)(A)

CHRISTIAN GARRETT THORNTON

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about October 29, 2024, at or near Cross Lanes, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTIAN GARRETT THORNTON knowingly and intentionally possessed with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," and 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, both Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

1.   On or about October 29, 2024, at or near Cross Lanes, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTIAN GARRETT THORNTON did knowingly possess the following firearms, in and affecting interstate commerce:

a. a Taurus, model PT709 Slim, 9-mm caliber pistol;

b. a Taurus, model Judge Public Defender Poly, .45/.410 revolver; and

c. a Colt, model Peacemaker, .22 caliber revolver.

2.   At the time defendant CHRISTIAN GARRETT THORNTON possessed the aforesaid firearms, he knew he had been convicted of crimes punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about March 29, 2017, in the United States District Court for the Southern District of West Virginia, of four counts of distribution of a quantity of oxymorphone and one count of possession with intent to distribute a quantity of oxymorphone, all of which were in violation of 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THREE

On or about October 29, 2024, at or near Cross Lanes, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTIAN GARRETT THORNTON did knowingly possess firearms, that is, a Taurus, model PT709 Slim, 9-mm caliber pistol, a Taurus, model Judge Public Defender Poly, .45/.410 revolver, and a Colt, model Peacemaker, .22 caliber revolver, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl and methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## SENTENCING ENHANCEMENT PROVISION

THE GRAND JURY FURTHER CHARGES:

The defendant, CHRISTIAN GARRETT THORNTON, prior to committing the violation contained in Count One of the Indictment, had the following conviction for a serious drug felony, that had become final for the purposes of 21 U.S.C. § 841, that is, convicted on or about March 29, 2017, in the United States District Court for the Southern District of West Virginia, under Case Number 2:15-cr-00122, of the offenses of four counts of distribution of a quantity of Oxymorphone and one count of possession with intent to distribute a quantity of Oxymorphone, all in violation of 21 U.S.C. § 841(a)(1), for which a maximum term of imprisonment of 10 years or more was prescribed by law, for which the defendant served more than 12 months in prison, and for which the defendant was released within 15 years of the commencement of the offense charged in Count One of this Indictment.

In violation of Title 21, United States Code, Sections 802(58), 841, and 851.

## NOTICE OF FORFEITURE

The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1), 21 U.S.C. 853(a), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon conviction of defendant CHRISTIAN GARRETT THORNTON of an offense in violation of 21 U.S.C. § 841(a)(1) as charged in Count One of the Indictment or an offense in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(8) as charged in Count Two of the Indictment or an offense in violation of 18 U.S.C. § 924(c)(1)(A) as charged in Count Three of the Indictment, defendant CHRISTIAN GARRETT THORNTON shall forfeit to the United States of America any property, real or personal, constituting, or derived from, any proceeds traceable to the violation charged herein, and any property involved in or used in the offense, including but not limited to a Taurus, model PT709 Slim, 9-mm caliber pistol bearing serial number THU01419; a Taurus, model Judge Public Defender Poly, .45/.410 revolver bearing serial number IM978605; and a Colt, model Peacemaker, .22 caliber revolver

bearing serial number G64540, and all associated ammunition, seized on or about October 29, 2024.

MOORE CAPITO
United States Attorney

By: _D. Keith Randolph_____
D. KEITH RANDOLPH
Assistant United States Attorney