**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 2:26-cr-00038 |
| | ) | |
| CHRISTIAN GARRETT THORNTON | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

The Court has been notified by the United States Attorney's Office that Defendant Christian Garrett Thornton is in federal custody on an Indictment filed in this district. Therefore, an Initial Appearance, Arraignment and Detention Hearing on said Indictment shall take place before the undersigned Magistrate Judge on **Tuesday**, **April 14, 2026**, at **1:15 p.m. in Charleston – District Courtroom A-5000**.

It is **ORDERED** that Raymond S. Franks, II, CJA Panel Attorney, is appointed to represent the Defendant in this matter pending a completed financial affidavit.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Assistant United States Attorney; to the Defendant and his counsel; to the United States Probation Office; and to the Office of the United States Marshal.

ENTERED: April 10, 2026.



Omar J. Aboulhosn
United States Magistrate Judge